## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case Number: |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. § 641 (Theft of Government |
| | : | Property) |
| INGEBORG HYDLE BAUGH, | : | D.C. Code §§ 22-3211, 22-3212(a) |
| Defendant | : | (First Degree Theft) |

### INFORMATION

The United States Attorney charges:

### COUNT ONE

From in or about January 2003 through in or about December 2004, in the District of Columbia, INGEBORG HYDLE BAUGH embezzled, stole, purloined, and knowingly converted to her use and the use of another money belonging to the United States, the value of such money exceeding $1,000, that is, $112,297.56 in U.S. government funds that were to be used by the Fund for Democracy and Development and were maintained in an escrow account operated by the law firm for which BAUGH was employed.

**(Theft of Government Property (felony), in violation of 18 U.S.C. § 641)**

### COUNT TWO

From in or about January 2003 through in or about December 2004, in the District of Columbia, INGEBORG HYDLE BAUGH wrongfully obtained and used the property of another, the value of which was $250 or more, that is, $112,297.56 in U.S. government funds that were to be used by the Fund for Democracy and Development and were maintained in an escrow account operated by the law firm for which BAUGH was employed, with the intent to deprive the other of

a right to the property and a benefit of the property and to appropriate the property to her own use and to the use of third persons.

**(First Degree Theft, in violation of D.C. Code §§ 22-3211, 22-3212(a))**

        KENNETH L. WAINSTEIN
        United States Attorney
        for the District of Columbia

By: _____
        HOWARD R. SKLAMBERG
        D.C. Bar # 453852
        Assistant United States Attorney
        United States Attorneys Office
        555 4th Street, N.W.
        Washington, D.C.  20530
        (202) 514-7296