## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-00331 (JGP) |
| ) | |
| INGEBORG HYDLE BAUGH, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### ORDER

This case came before the Court for a plea hearing on September 15, 2005. The Court accepted defendant's plea of guilty to First Degree Theft in violation of D.C. Code §§ 22-3211, 22-3212(a) pursuant to a plea agreement executed September 15, 2005. Accordingly, it is hereby

**ORDERED** that sentencing hearing shall be held on **December 6, 2005 at 10:00 a.m.**, in Courtroom 15. It is further

**ORDERED** that any sentencing memoranda must be submitted on or before November 29, 2005.

Date: September 16, 2005

JOHN GARRETT PENN
**United States District Judge**