AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court  FILED

────────── DISTRICT OF ──────────

SEP 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Ingeborg Baugh

**WAIVER OF INDICTMENT**

CASE NUMBER: 05-331

I, _Ingeborg Baugh_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___9/15/05___ prosecution by indictment and consent that the
                                    Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
         Judicial Officer   10:06 AM
                            9/15/05