**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEP 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case Number: 05-331 |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. § 641 (Theft of Government Property) |
| **INGEBORG HYDLE BAUGH,** | : | D.C. Code §§ 22-3211, 22-3212(a) |
| Defendant | : | (First Degree Theft) |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, defendant INGEBORG HYDLE BAUGH ("BAUGH") and the United States agree and stipulate as follows:

1. From the summer of 2000 until January 14, 2005, BAUGH was the office manager and secretary for a small law firm located in Washington, D.C.

2. The Fund for Democracy and Development ("FDD") was a non-profit foundation that provided aid to the countries of the former Soviet Union. All of FDD's work was funded by contracts from the federal government. The firm administered an escrow account ("FDD Escrow Account") that contained money that was to be used by the FDD for aid projects. The money in that account consisted entirely of federal funds. Checks from that account bore the name "Fund for Democracy and Development."

3. From January 2003 until December 2004, BAUGH wrote 41 checks, totaling $112,297.56, on the FDD Escrow Account to herself, her credit card companies, and to merchants. She did not have authorization to write these checks. BAUGH wrongfully obtained this $112,297.56 and intended to make use of the money for herself and others, without authority or right.

KENNETH L. WAINSTEIN
United States Attorney

By: *[signature]*
HOWARD R. SKLAMBERG
Assistant United States Attorney

### DEFENDANT'S ACCEPTANCE

I have ready every word of this Statement of Offense. Pursuant to Fed. R. Crim. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense, and declare under penalty of perjury that it is true and correct.

Date: 9/6/05

*[signature]*
INGEBORG HYDLE BAUGH
Defendant

I have discussed this Statement of Offense with my client, Ingeborg Hydle Baugh. I concur with her decision to Stipulate to this Statement of Offense.

*[signature]* / RMK
FRED BENNETT, Esq.
Counsel for the Defendant