*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) Criminal No. 05-00331 (JGP) |
| | ) |
| **INGEBORG HYDLE BAUGH,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ORDER**

A sentencing hearing was scheduled to occur in this case on December 6, 2005. Counsel for the defendant requested a continuance due to a conflict.[1] Counsel for the government did not object. Accordingly, it is hereby

**ORDERED** that the sentencing hearing shall be held on **December 8, 2005 at 10:00 a.m.**, in Courtroom 15.

**Date: October 5, 2005**                                                              **JOHN GARRETT PENN**
                                                                                                     **United States District Judge**

---

[1] Counsel for the defendant contacted chambers on October 4, 2005 to request a continuance.