11/14/2005 11:27 FAX 3012201577      BENNETT&BAIR, LLP                                    ☒004

HONORABLE JOHN GARRETT PENN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :    Docket No.: CR-05-331-01
                                :
vs.                             :                                    FILED
                                :                                   DEC 12 2005
BAUGH, Ingeborg                 :    Disclosure Date: October 31, 2005
                                                                    NANCY MAYER WHITTINGTON, CLERK
                                                                    U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government
(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.
(X)  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                      _____
Prosecuting Attorney                                                              Date

#### For the Defendant
(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.
( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Ingeborg Baugh_   11/8/05            _Fred Warren Bennett_   11/14/05
Defendant           Date              Defense Counsel         Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **November 15, 20005**, to U.S. Probation Officer **George Neal**, telephone number **(202) 565-1357**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer