PROB 12B-ORDER-DC
(Rev. 03/07)

**FILED**

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Ingeborg H. Baugh**                                      Docket No.: **CR 05-331**

### REQUEST FOR COURSE OF ACTION
### (Modification of Conditions)

COMES NOW **Sondra' A. Rhodes**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Ingeborg H. Baugh**, who was placed on probation by the Honorable John Garrett Penn, United States District Judge, sitting in the Court at Washington, D.C., on the **12th** day of **December, 2005**, who fixed the period of probation at **five** years, and imposed the general terms and conditions of probation theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1. $100 special assessment.

2. $112,297.56 restitution.

3. The defendant shall provide the Probation Office with income tax and credit information.

4. The defendant shall participate in a counseling program at the direction of the Probation Office; the defendant shall participate in a substance abuse program.

5. The defendant shall provide payment stubs and detailed assessments of current and future employment responsibilities to the Probation Officer, and the Probation Officer shall not contact the defendant's employer or notify the employer of her felony conviction provided that the defendant follow all conditions of the Court.

On December 12, 2005, after pleading guilty to First Degree Theft, in violation of D.C. Code 22-3211 & 22-3212, Mrs. Baugh was sentenced to five years probation.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

### Modification of Condition(s) of Probation

The defendant shall complete 75 hours of community service as directed by the probation officer.

Mrs. Baugh has expressed no objection to the modification of her conditions of probation. She has signed a Probation Form 49, waiving her rights to a hearing/attorney representation regarding the modification.



Baugh, Ingeborg H.
Docket No.: CR 05-331
Page 2

Respectfully submitted,

*Sondra' A. Rhodes*

Sondra' A. Rhodes, Senior
United States Probation Officer
(202) 565-1349

Approved By: *Anthony K Hill*

Anthony K. Hill, Supervising
United States Probation Officer

**Notice of Delivery To Parties:**

| **Assistant U.S. Attorney** | **Defense Counsel** | **Defendant** |
|---|---|---|
| Tasheeka Hawkins | Frederick W. Bennett | Ingeborg H. Baugh |
| 555 4th St., N.W. | 3601 Ivy Lane, Suite 419 | |
| Washington, D.C. 20001 | Greenbelt, MD 20770 | |

PROB 49
(3/90)

# United States District Court
## District of Columbia

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You shall perform 75 hours of community service as directed by your United States Probation Officer.

Witness: _____
U.S. Probation Officer
Katie R. Ellis

Signed: _____
Probationer or Supervised Releasee
Ingeborg Hydle Baugh

5/2/2007
Date