UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**FILED**
JUN 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. <u>Ingeborg H. Baugh</u>                             Docket No.: <u>CR 05-331</u>

### REQUEST FOR COURSE OF ACTION

**PRAYING THE COURT WILL ORDER** the defendant shall complete 75 hours of community service as directed by the probation officer.

### ORDER OF COURT

Considered and ordered this ___26th___ day of ___June___, 2007.

_____
John Garrett Penn
United States District Judge

___June 26, 2007___
Date