*Return Copy*

Rev 1/07

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

DATE: 10/2/07

TO: United States District Court
Middle District of Flordia
401 E. Jackson Street
Suite 3000
Tampa, Florida

FILED
OCT 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: USA v. INGEBORO BAUGH
CR 05-331

Dear Clerk:

   Pursuant to 18 U.S.C. 3605, please find enclosed a certified copy of the Transfer of Jurisdiction of Probation/Supervised Release Form 22 for the above captioned case.

   Enclosed are certified copies of the Information/Indictment, Judgment and Probation Order, and docket sheet.

   Kindly indicate receipt of these documents on the enclosed copy of this letter and return it to our office.

                                        Very truly yours,

                                        NANCY MAYER-WHITTINGTON, Clerk

                                  By: _____
                                            Deputy Clerk

cc: U. S. Attorney's Office
    U. S. Probation Office

enclosure(s)